SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 26 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

5:23-CV-03-DCB-LGI

I Shannon Pitts am writing a Federal Judge in hope of having my Sexual Assault, and the Sexual Assault of over 100 prisoners brought to the light. I've informed all Executive Staff at 2 prisions. I've filled BP-8 BP-9 and BP-10. I've emailed D.O.J. PREA Sexual Assault Dept. over 50 times. I've written 2 outside PREA Audit Entitys. I've been Retaliated against for doing this. And nobody has investigated. Please help.

Shannon Pitts
17503 078
Shannon Pitts
Currently at Seagoville TX.
Federal Prison

Before I get into all the details I want to list all the Federal Policy Violations of BOP Sexual Abusive Bhavior Prevention and Intervention 5324.12, known as PREA.

1st the week of July 22nd through August 2, 2021, I sent emails on a BOP El Reno, Oklahoma sanctioned computer and server stating I was sexually assaulted by BOP Officer Derry to my Unit Team, the Captain, the Warden, the Assistant Warden, SIS, Psychology, and Washington, D.C.; literally every member of Executive Staff at El Reno, Oklahoma was informed of my sexual assault.

I wrote letters to Washington, D.C., to the Attorney General Investigation Office assigned to PREA. I wrote outside PREA Agency. I filed sexual assault with DOJ on the computer over twenty times. This was done the week of July 22nd through August 2, 2021.

On August 2nd I'm called into Lieutenant's Office (Lt for short) and told by four Lieutenants I had no rights, to stop sending cop-outs, guards are allowed to sexually assault you. Then I was told to go talk to Psychology because they contacted SIS Lieutenant. I sent Psychology an email saying I had PTSD from being sexually assaulted by a BOP officer. I meet with two Psychology women, they say, "nobody will believe you; we are not making a PREA report. Stop Talking about it." They said guards are allowed to sexually assault you; it happens all the time. I gave Psychology a list of 20 people with similar stories of sexual assault by the same guard. I gave the list to Lt. Daughtery, SIS, also.

This gets me put in the SHU, or 'Special Housing Unit'—or Torture Chamber as I call it. It's freezing cold. I wasn't given clothes, soap, or toilet paper. All my clothes were taken. I filed a BP-8, BP-9, and BP-10 through Counselor Smith at El Reno, Oklahoma, ask him, please. I was beaten by guards Cornwall and his partner for filing about the guard's sexual assault on myself. The guards attacked me in the shower, kicked me in the face, head, and neck. My teeth are shattered.

I told the Warden, Captain, Assistant Warden, Duty Officer Davis, SHU Lt., and all SHU guards what happened. No one does anything. I'm told no one will believe me; guards can sexually and physically assault you. It's allowed. I told the same Psychology lady I talked to originally. She said, "I told, yeah." This is Executive Staffs' answer.

I could not eat. I lost 40 lbs. Then they shipped me. I was unable to eat from the time my teeth were shattered. Two days before the transfer Lt. Daughtery called me into the SHU Lt office. The SHU Lt is there also, and says he's

cancelling the transfer and going to file new charges with the FBI against me for filing a false report. He said I'd be in the SHU for another year unless I recant my statement. SIH Daughtery threatened to abuse his power to imprison me. He said he would get me a dentist if I recanted my statement. I said I couldn't do that. What Derry did was wrong. What El Reno staff is doing is wrong. Two days later I'm shipped to Seagoville. What reason was given to Region by my case manager for shipping me? Two days after getting to Seagoville, Dental removed shattered teeth. Look at the dental records.

    I attempted to file a PREA with Unit Team in Seagoville Unit 53 with Ms. Cates and Ms. Mays. This is early December, 2021. This enrages Ms. Cates. Ms. Cates refuses to accept my report. Ms. Cates threatens to ship me. Ms. Cates threatens me physically. Ms. Cates literally throws away my list of witnesses and a 7-page report I wrote describing my sexual assault. Ms. Cates also deleted my December FSA credits Low Score and takes away a year of good time from me. She then, out of spite and revenge, writes up a fake disciplinary report against me; my only one in 12 years.

    March 28th, Lt. Pope is investigating Ms. Cates and Ms. Mays for staff misconduct. He interviews me and starts a PREA investigation. Still nothing has been done. One year of First Step good time stolen from me. For attempting to file a PREA at Seagoville, TX I was retaliated against by Unit Team.

    5324.12 policy 115.67 was created for this very incident. Please remove fake disciplinary report.

******

On Tuesday, July 22nd, 2021 around 5PM in the cafeteria at El Reno, Oklahoma Federal Prison, I was sexually abused by Officer Derry. Officer Derry was with four other officers by the exit. In full view of security cameras. All executive staff have seen the video. Officer Derry stopped me and ran his hands through my clothing on my anus, groin, inner thigh, buttocks, and reached underneath between my legs and grabbed and pulled on my penis. He did this on purpose. I immediately stepped forward and away from Officer Derry because he was touching me in a homosexual, self-gratifying manner.

    I said, "Whoa, whoa, whoa! That's my dick, not contraband!"

    He grabs me by my arms, and says don't pull away. Then he did it again. He grabbed my penis again and said, "You like that." I was litterally too shocked

to respond. I did verbally accuse him of sexual assault right then. Several guards and several inmates saw this as it happened. Officer Derry has a reputation for this type of behavior. Again, this incident is on surveilance cameras. Several guards have told me they have seen it.

On August 2, 2021 between 2 and 5PM I am called to the Lieutenant's Office because I sent Psychology an email saying I was sexually assaulted by staff—Officer Derry. The Lieutenants—four of them including SIA Daughtery—tell me there will be no investigation. Officer Daughtery says if I complain again he will label me a gang member and send me to a USP.

I give the Lieutenants a list of 20 other inmates with similar sexual assault experiences by Derry.

Psychology talks to me and says that nobody will believe me, that I will be retaliated against by Lt. Daughtery to not talk about it. I gave Psychology the list of 20 inmates that had been sexually assaulted.

Around 5PM the same day (Aug. 2, 2021) while Lt. Daughtery is yelling, telling me to stop saying PREA, the two Psychology women I met with walk by; a few minutes later all Facilities and UNICOR staff walk by as Lt. Daughtery is threatening me, saying no PREA. This is the main entrance to the El Reno, Oklahoma Prison outside Lieutenant's Office, beside the pill window under camera surveilance. Watch the film, please. (Policy 115.64).

PREA is a federal crime; you don't have a choice but to investigate. Even if you're 100% sure it's bogus you still are required to investigate if you're a BOP officer. That's federal law. Psychology is required to document sexual assault complaints as soon as they were made (5324.12 Policy 115.22).

5324.12 Policy 115.22 states policies to ensure referrals of allegation for investigation:

1.) BOP is required to ensure that an administrative or criminal investigation is completed for all allegations of sexual abuse and sexual harrassment. Where is Form BP-A0583 Report of Incident filed around August 2nd, 2021 in El Reno? If it doesn't exist, it is a federal crime. Please check my file.

2.) 5324.12 Policy 115.43 -- Protective Custody
Inmates shall not be placed in involuntary segregated housing. The Warden must fill out BP-A1002 listing First Step classes he kept me from. I lost First Step credits. I took Threshold Class for 18 months. I was involuntarily placed in the SHU and tortured for over 100 days: no

phone, no radio, no clothes, no commissary, no books, no shoes, nor recreation the entire time.

I was physically assaulted by 2 officers while in the shower. This was done in retaliation for reporting a PREA. I couldn't eat for two months. I was denied medical and dental treatment. My teeth were shattered. I was in constant pain. That's torture.

The day I got to Seagoville, TX I reported this. Two days later they pulled my shattered teeth. Please check dental records. Lt. Daughtery offered to allow me to see a dentist if I signed a paper recanting my statement. I received no disciplinary report for fighting two guards in a single-man shower/locked cage which one enters and leaves handcuffed and naked.

Officer Derry was assigned to D-Unit—my assigned unit—two weeks after I filed PREA. That's illegal. You can't work the unit while under investigation. That's policy.

5324.12 Policy 115.51(C): Staff shall accept reports made verbally, in writing, anonymously, and from third parties, and shall promptly document any verbal reports.

Please check my emails to Executive staff. Also, I verbally told dozens of Executive staff at two prisons.

3.) 5324.12 Policy 115.64: Staff First Responder's Duties Upon Learning of an Allegation That an Inmate was Sexually Abused.
The first security staff member to respond to report shall be required to preserve and protect any crime scene until appropriate steps can be taken to collect any evidence. Please check security camera footage. Please check emails.

4.) 5324.12 Policy 115.56: Coordinated Response in Cases Where More Information is Needed or Where There is a Credible and Serious Allegation or or Instance of Sexually Abusive Behavior.
The full response protocol must be implemented. After responding to initial incident, staff have additional responsibilities for follow-up with inmate victims which are covered in §115.66-68, §115.76-78, and §115.81-83.

I have been retaliated against—beaten, tortured, my case manager deleted my First Step credit. December 2021 Ms. Cates added a year to my sentence. I was supposed to leave prison last month.

The following people were all sexually assaulted by Officer Derry: Zach Cook, Timothy Boxford, Jeremy Leister, Ed Saldano, Derick Thomas, Robin Greer, Michael Harris, Michael Harris again (there are two Michael Harris), Jonathan Whistler, Charlie Foster, Darrin Dominiack, Jimmy Maxwell, Timothy Sparks, Joe Ortiz, Burt Taylor, Dwayne Carpenter, Devon Ford, Jerry Reis.

Please ask Counselor Smith at El Reno, Oklahoma for list.

5.) 5324.12 Policy 115.67: Agency Protection Against Retaliation.

(C) For at least 90 days following a report of sexual abuse the agency shall monitor the conduct and treatment of inmates or staff who reported the sexual abuse and of the inmates who were reported to have suffered suxual abuse to see if there are changes that may suggest possible retaliation by inmates or staff, and shall act promptly to remedy any such retaliation. Items the agency should monitor include any inmate disciplinary reports, housing or program changes, negative performance reviews, or reassignments of staff. The agency shall continue such monitoring beyond 90 days if the initial monitoring indicates a continuing need.

I have been beaten, tortured, taken out of First Step classes, shipped, had three disciplinary reports (my first in 12 years), my sentence was increased one year, and my First Step 'Low' score changed in December. This file was deleted. Every inmate in Building 53 got First Step review. My score was a 'Low'; I received one year off. A lot of us did. In February Ms. Cates and Ms. Mays changed it. They deleted my review. This added one year to my sentence. They told me it was retaliation against me for PREA accusations; that's Seagoville policy.

I want my three disciplinary reports removed and my First Step credit reinstated.

6.) 5324.12 Policy 115.67: Be On the Lookout for Disciplinary Reports Out of Character.

I received three (3) reports in two (2) days. I've had zero (0) reports in twelve (12) years, then I get three in two days. It's retaliation for filing PREA.

I was supposed to leave BOP custody last month. I'm retaliated against every day I'm in prison because I filed a PREA. I filed a §3582 Compassionate Release for Extraordinary Compelling Reasons. I listed PREA, torture, and attempted murder as my reasons. The Warden won't return it. I

can't file it with a federal judge due to this. I've lost count of how many BP-8, BP-9, and BP-10's I've filed only to never hear a response. It's dozens, at least. This is a continuous effort to cover up sexual assault, attempted murder, torture, and retaliation—all humanitarian and federal crimes. I've also had 1,500 Dollars illegally seized from my account. This has been proven by Unit Manager Mrs. Conner. BOP refuses to reimburse me. This also is retaliation. And I want $100 Million for Civil Rights violations.

I've emailed DOJ PREA Hotline 50 times and never had a response. My administrative remedys are never answered, or they are returned saying 'improper procedure.' I'm told repeatedly by Executive staff to drop the issue. Region has been repeatedly notified; there is no response. There is a coordinated effort to hinder my ability to contact the courts.

Counselors, Cae Managers, Unit Managers, BP Coordinators, Warden, Assistant Warden, PREA Coordinator, Captain, Lieutenants, Regional Office, Washington D.C. Office, Psychology, and Outside PREA Regulators routinely turn a blind eye to my legitimate, on-video, verifiable, evidence-based claims of sexual assault, physical assault, attempted murder, wrongful incarceration, federal and humanitarian violations, and civil rights violations as well as First Step denial violations and retaliation.

How did Officer Derry work the unit after Aug. 2, 2021? Policy says you can't work unit while PREA investigation is ongoing. He worked that week, shaking down cells, saying it was retaliation because I filed PREA.

How did El Reno, Oklahoma, undergo a PREA audit in October 2021 while I was illegally housed in the SHU because I filed PREA? I wrote the auditors. I was tortured for filing PREA during the PREA audit. The PREA auditor knew I was there.

Where is the video of me being sexually assaulted? Look at July 22nd, 5PM, Cafeteria, El reno, Oklahoma.

Where is video of Psychology walking away when SIA Daughtery says no PREA investigation on August 2nd, 2021, at the main entrance of El Reno, Oklahoma? SIA Daughtery bullied Psychology.

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

1. Submit to Appropriate Federal Agency: Bureau of Prisons

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. None

3. TYPE OF EMPLOYMENT: ☐ MILITARY ☑ CIVILIAN
4. DATE OF BIRTH: 10-3-1977
5. MARITAL STATUS: Single
6. DATE AND DAY OF ACCIDENT: 7-23-2021 — 12-2-2021
7. TIME (A.M. OR P.M.): All

8. BASIS OF CLAIM: Sexual Assault, Attempted Murder, Torture, Illegal Imprisonment. See attached 6 pages

9. PROPERTY DAMAGE
NAME AND ADDRESS OF OWNER: None
BRIEFLY DESCRIBE THE PROPERTY: None

10. PERSONAL INJURY/WRONGFUL DEATH
Broken neck, jaw, teeth, nerve damage, face, neck, back, arms, hands

11. WITNESSES
NAME: video surveilance, several guards have seen it
ADDRESS: El Reno Oklahoma Federal Prison

12. AMOUNT OF CLAIM
12a. PROPERTY DAMAGE: None
12b. PERSONAL INJURY: 100 Million
12c. WRONGFUL DEATH: None
12d. TOTAL: 100 Million

13a. SIGNATURE OF CLAIMANT: Shannon Pitts
13b. PHONE NUMBER: None
14. DATE OF SIGNATURE: 12-18-2022

CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM
The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS
Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE | | |
|---|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. | | |
| 15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☑ No | | |
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes ☑ No | 17. If deductible, state amount. None | |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts). None | | |
| 19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☑ No | | |

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK